ELIZABETH NORBURY, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur, except Hubbs, P. J., and Crouch, J., who dissent and vote for reversal on the facts on the authority of *Kuhn* v. *Village of East Syracuse* (209 App. Div. 186). Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

ALBANY CAMARDO, an Infant, by HENRY DEAN QUINBY, JR., His Guardian ad Litem, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents on the law and facts and votes for reversal. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

CATHERINE CAMARDO, Individually and as Administratrix of JOHN CAMARDO, Deceased, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents on the law and facts, and votes for reversal. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JOSEPH FERNANDEZ, Respondent, v. WILLIAM KRAMER, Defendant, and HENRY KANE, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

SUSIE SKUSE, an Infant, by MERCEDES B. SKUSE, Her Guardian ad Litem, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

ISAAC A. SKUSE, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order reversed on the facts, and a new trial granted, with costs to appellant to abide the event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $1,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

CHARLES WASHBURN, Respondent, v. JUSTIN RIBAC, Sometimes Called JUSTIN RIBAK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JOSEPH ZITO, Respondent, v. VICTORIA ZITO, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Application of ARTHUR E. CAMPBELL, Respondent, for a Peremptory Writ of Mandamus against LEO J. SCHMIDT, Commissioner of Charities and Corrections of the County of Erie, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MAUDE MOSE and HATTIE LEWIS, as Administrators, etc., of EDWIN D. TENSLER, Deceased, Appellants, v. ROBERT C. TURNBULL and Others, Respondents.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.